UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LISA HORN,

        Plaintiff,

v.

WAL-MART STORES, INC.
f/k/a WALMART, INC. and
WALMART, INC.
n/k/a WAL-MART STORES, INC.

        Defendants.

**NOTICE OF REMOVAL**

Case №.

---

  **PLEASE TAKE NOTICE** that defendants Wal-Mart Stores, Inc. f/k/a Walmart, Inc. and Walmart, Inc. n/k/a Wal-Mart Stores, Inc. (hereinafter, "Removing Defendants"), by their attorneys, Bennett Schechter Arcuri & Will LLP, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, file this Notice of Removal of the action styled *Lisa Horn, Plaintiff, versus Wal-Mart Stores, Inc. n/k/a Walmart, Inc. et al., Defendants*, Index №. E68898 (the "Action"), from the Supreme Court of the State of New York, County of Genesee, to the United States District Court for the Western District of New York.

  In support thereof, Removing Defendants state:

  1. On or about January 29, 2021, Plaintiff Lisa Horn (hereinafter, "Plaintiff") commenced the Action by filing a Summons and Complaint in the Supreme Court of the State of New York, County of Genesee, against the Removing Defendants. A copy of the Summons and Complaint is attached hereto and incorporated herein by reference as **Exhibit A**.

  2. On March 25, 2021, Removing Defendants appeared in the Action by serving their Answer, a copy of which is attached hereto and incorporated herein by reference as

**Exhibit B**.

3.      After the commencement of the action, and in accordance with N.Y. CPLR 3017(c), Removing Defendants served a Request for Supplemental Demand for Relief on the Plaintiff, a copy of which is attached and incorporated herein by reference as **Exhibit C**.

4.      On July 6, 2021, Removing Defendants received a response to Plaintiff's Supplemental Demand for Relief, dated June 30, 2021, seeking One Million Dollars ($1,000,000.00) in damages in this action, a copy of which is attached herein by reference as **Exhibit D.**

5.      According to Plaintiff's Complaint, Plaintiff Lisa Horn is an individual domiciled in the State of New York and, therefore, for the purposes of this Notice of Removal, is a citizen of the State of New York.  *See* Ex. A.

6.      Removing Defendant Wal-Mart Stores, Inc. f/k/a Walmart, Inc., is now known at Walmart Inc., which is a corporation organized under the laws of the State of Delaware, with a principal place of business in the State of Arkansas and, therefore, for the purposes of this Notice of Removal, is a citizen of the States of Delaware and Arkansas.

7.      Removing Defendant Walmart, Inc. n/k/a Wal-Mart Stores, Inc. is now known as Walmart Inc., which is a corporation organized under the laws of the State of Delaware, with a principal place of business in the State of Arkansas and, therefore, for the purposes of this Notice of Removal, is a citizen of the States of Delaware and Arkansas.

8.      This Court has original subject matter jurisdiction over the Action pursuant to 28 U.S.C. §§1332(a) and 1441(b), because (a) there is complete diversity of citizenship among the parties; (b) the amount in controversy exceeds the sum of seventy-five thousand dollars ($75,000.00) exclusive of interest and costs; and (c) none of the parties in interest who are properly

joined and served as Defendants are citizens of New York State. The Action may, therefore, be removed pursuant to 28 U.S.C. § 1441(b).

9. This Notice of Removal is timely under 28 U.S.C. § 1446(b)(3) and (c), because it is filed within thirty (30) days after receipt by the Removing Defendants of Plaintiff's Demand for Relief (the other paper from which it was first ascertainable that the case is removable), and within one (1) year of commencement of the Action.

10. Pursuant to 28 U.S.C. §1446(b)(2), all defendants who have been properly joined and served join in and consent to the removal of the Action.

11. Pursuant to 28 U.S.C. §1441(a), removal venue exists in the United States District Court for the Western District of New York because the Supreme Court, Genesee County (the Court in which the Action was originally filed) is within the jurisdiction of the Western District of New York.

12. Pursuant to 28 U.S.C. §1446(a), all process, pleadings, and orders served to date upon the Removing Defendants are appended hereto. Pursuant to Local Rule 81(a)(3), an index of all documents filed in the state court action is attached hereto as **Exhibit E**.

13. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal is being served upon the Plaintiff and is being filed with the Clerk of the Supreme Court, Genesee County. *See* Notice of Filing of Notice of Removal, with Affidavit of Service, attached hereto as **Exhibit F**.

14. Removing Defendants reserve the right to amend or supplement this Notice of Removal.

WHEREFORE, Removing Defendants request that the case styled *Lisa Horn, Plaintiff, versus Wal-Mart Stores, Inc. n/k/a Walmart, Inc. et al., Defendants*, Supreme Court of

the State of New York, County of Genesee, Index №. E68898, be removed to this Court, and that this Court take subject matter jurisdiction over this Action.

Dated:      Buffalo, New York
            July 23, 2020

                                             Yours, etc.,

                                             /s/ Pauline C. Will

                                             BENNETT SCHECHTER
                                             ARCURI & WILL LLP
                                             By:    Pauline C. Will, Esq.
                                                      Sarah E. Schulz, Esq.
                                             *Attorneys for Removing Defendants*
                                             701 Seneca Street, Suite 609
                                             Buffalo, New York 14210
                                             Telephone (716) 242-8100
                                             pwill@bsawlaw.com
                                             sschulz@bsawlaw.com

To:    Peter M. Kooshoian, Esq.
        ROSENTHAL, KOOSHOIAN & LENNON, LP
        *Attorney for Plaintiff*
        80 West Huron Street
        Buffalo, New York 14202
        Phone: (716) 854-1300
        pk@bufflaw.com